ÆTNA LIFE INSURANCE COMPANY v. ELIZABETH STERLING et al.— Motion for stay granted on the terms and conditions contained in the order to show cause dated December 1, 1961. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

WILLIAM SHEMIN v. CONTINENTAL TRAILWAYS.— Motion for enlargement of time granted to the extent of enlarging the time of the appellant to procure the record on appeal and appellant's points to be served and filed on or before January 9, 1962 with notice of argument for the February 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

(A) THE PEOPLE OF THE STATE OF NEW YORK v. LEOPOLD ALTMAN. (B) THE PEOPLE OF THE STATE OF NEW YORK v. HAROLD ZUCKER. (C) THE PEOPLE OF THE STATE OF NEW YORK v. CYNTHIA BLASENSTEIN.— [In each action] Enlargement of time granted. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERBERT KAMINSKY v. HARRY SILBERGLITT, as Warden of the Manhattan House of Detention, et al. — Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before December 26, 1961, with notice of argument for January 5, 1962, said appeal to be argued or submitted when reached. Respondents' points are to be served and filed on or before January 2, 1962. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HAMILTON TURNER.— Motion to dismiss appeal granted. The order of this court entered on November 30, 1961 is vacated. Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH ERSKINE.— Motion to dismiss appeal granted. The order of this court entered on November 30, 1961 is vacated. Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.